1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT W. BAKER, JR., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEL M. ARNOLD, et al.,<br><br>　　　　　　　　Defendants.<br>——————————————————<br>AND RELATED ACTIONS | Case Number C 03-05642 JF<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE RELATED ACTIONS**<br><br><br><br>[Docket Nos. 18, 33, 37, 45, 49 & 57] |

The Court hereby orders that:

1. The actions listed on Exhibit A are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  These actions shall be referred to herein as the "consolidated action."

2. The consolidated action shall be captioned: "*In re Redback Networks, Inc. Securities Litigation*."  All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such related action, absent order

1  of the Court.  A party that objects to such consolidation, or to any other provision of this Order,

2  must file an application for relief from this Order within ten (10) days after the date on which a

3  copy of this Order is served on counsel for the party.

4       3.  This Order is entered without prejudice to the rights of any party to apply for

5  severance of any claim or action, for good cause shown.

6       4.  Any counsel of record for a party in this action who is not a member of the Bar of this

7  Court shall make a written application to the Court, with an accompanying proposed order, to

8  practice before this Court *pro hac vice* in this action pursuant to Civil Local Rule 11-3.

9       4.  The docket in Case No. C 03-05642 JF  shall constitute the Master Docket for this

10  action.

11       5.  Every pleading filed in the consolidated action shall bear the following caption:

13  IN THE UNITED STATES DISTRICT COURT

14  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15  SAN JOSE DIVISION

| IN RE REDBACK NETWORKS, INC. SECURITIES LITIGATION | Case Number C 03-05642 JF |
|---|---|
| _____ | |
| This Document Relates To: | |

22       6. The file in Case No. C 03-05642 JF shall constitute a Master File for every action in

23  the consolidated action.  When the document being filed pertains to all actions, the phrase "All

24  Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption

25  above.  When a pleading applies only to some, not all, of the actions, the document shall list,

26  immediately after the phrase "This Document Relates To:" the docket number for each individual

27  action to which the document applies, along with the last name of the first-listed plaintiff in said

2

1    action.

2         7.  The parties shall file a Notice of Related Cases whenever a case that should be

3    consolidated into this action is filed in, or transferred to, this District.  If the Court determines

4    that the case is related, the clerk shall:

5         (a) place a copy of this Order in the separate file for such action;

6         (b) serve on plaintiff's counsel in the new case a copy of this Order;

7         (c) direct that a copy of this Order be served upon any new defendant(s) in the new case;

8    and

9         (d) make the appropriate entry in the Master Docket.

10        9.  Lead plaintiff in this action shall file and serve upon Defendants a single amended

11   consolidated class action complaint within sixty (60) days after filing of an order approving lead

12   plaintiff's counsel in the consolidated action.  The amended consolidated complaint shall be the

13   operative complaint and shall supercede all complaints filed in any of the actions consolidated

14   herein.  Defendants shall answer, move or dismiss, or otherwise respond to the amended

15   consolidated class action complaint within forty-five (45) days after receipt of such complaint.

16   Lead Plaintiff shall file any opposition to a motion to dismiss filed by Defendants within forty-

17   five (45) days after such motion is filed, and Defendants shall file any reply within twenty-one

18   (21) days after any opposition is filed.

19

20        IT IS SO ORDERED.

21

22   DATED:  May 17, 2004

                                    /s/ electronic signature authorized
23                                  JEREMY FOGEL
                                    United States District Judge

24

25

26

27

28

3

1

2                                    **EXHIBIT A**

3

4    **Case Name**                          **Case Number**              **Date Filed**

5    *Baker v. Arnold, et al.*              C 03-05642 JF                12/15/03

6    *Stremple v. Arnold, et al.*           C 03-05799 JF                12/23/03

7    *Deutsch v. Arnold, et al.*            C 03-05870 JF                12/30/03

8    *Panzer v. Cronan, et al.*             C 04-00085 JF                01/08/04

9    *Grimes v. Cronan, et al.*             C 04-00190 JF                01/13/04

10   *Chermak v. Arnold, et al.*            C 04-00251 JF                01/16/04

11   *Gillis v. Arnold, et al.*             C 04-00280 JF                01/21/04

12   *Hansen v. Cronan, et al.*             C 04-00359 JF                01/27/04

13   *Hwang v. Arnold, et al.*              C 04-00568 JF                02/10/04

14   *Lederman v. Cronan, et al.*           C 04-00586 JF                02/11/04

15   *Smajlaj v. Arnold, et al.*            C 04-00607 JF                02/12/04

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 03-05642 JF
ORDER GRANTING MOTIONS TO CONSOLIDATE RELATED ACTIONS
(JFLC3)

1   Copies of this Order have been served on following persons:

2   Robert A. Jigarjian
    CAND.USCOURTS@CLASSCOUNSEL.COM
3
    Robert S. Green
4   CAND.USCOURTS@CLASSCOUNSEL.COM

5   John P. Stigi, III
    jstigi@wsgr.com
6
    Luke O. Brooks
7   lukeb@mwbhl.com

8   Marlon Quintanilla Paz
    mpaz@gelaw.com
9
    Marc L. Godino
10  service@secfraud.com

11  Betsy C. Manifold
    manifold@whafh.com
12
    Rachele R. Rickert
13  rickert@whafh.com

14  Darren J. Robbins
    DRobbins@mwbhl.com
15
    Kristin Anne Dillehay
16  kdillehay@wsgr.com

17  Michael M. Goldberg
    info@glancylaw.com
18
    Mark C. Gardy
19  Abbey Gardy, LLP
    212 East 39th Street
20  New York, NY 10016

21  Stuart M. Grant
    1201 N. Market Street
22  Suite 2100
    Wilmington, DE 19801
23
    Charles H. dufresne
24  Abbey Gardy, LLP
    212 East 39th Street
25  New York, NY 10016

26

27

28

Case No. C 03-05642 JF
ORDER GRANTING MOTIONS TO CONSOLIDATE RELATED ACTIONS
(JFLC3)